IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 86-rj-00064-CMA

TRANS-EXCHANGE CORP., and
M & M INVESTORS

    Plaintiffs,

v.

THE WORLD'S LARGEST PEARL COMPANY, and
VICTOR BARBISH,

    Defendants.

JOSEPH BONICELLI,
PETER D. HOFFMAN,
PARVENAH HARGROVE,
JOHN LEVY,
THOMAS PHILLIPS,
JERRY HAAG, and
MRS. DELL GRAVES,

    Intervenors.

## ORDER TO CURE DEFICIENCY

Arguello, Judge

Plaintiffs submitted a Notice of Appeal on April 13, 2011. The court has determined that the document is deficient as described in this order. Plaintiffs will be directed to cure the following if he wishes to pursue this appeal.

(A) **Filing Fee**
   _X_ is not submitted

(B) **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24:**

1

| | |
|---|---|
| _X_ | is not submitted |
| __ | is not on proper form (must use the court's current form) |
| __ | is missing original signature by plaintiff/petitioner on motion |
| __ | is missing affidavit |
| __ | affidavit is incomplete |
| __ | is missing original signature by plaintiff/petitioner on affidavit |
| __ | affidavit is not notarized or is not properly notarized |
| __ | other_____ |

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiffs filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiffs, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiffs fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 18 day of April, 2011.

BY THE COURT:

_Christine M Arguello_
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO