**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 86-RJ-00064-CMA

TRANS-EXCHANGE CORPORATION, and
M & M INVESTORS,

    Plaintiffs,

v.

THE WORLD'S LARGEST PEARL COMPANY, and
VICTOR BARBISH,

    Defendants.

JOSEPH BONICELLI,
PETER D. HOFFMAN,
PARVENAH HARGROVE,
JOHN LEVY,
THOMAS PHILLIPS,
JERRY HAAG, and
MRS. DELL GRAVES,

    Intervenors.

**ORDER APPROVING MOTION FOR REVIVAL OF JUDGMENT**

    This matter is before the Court on the Motion for Revival of Judgments by third party Frank L. Forster's successors-in-interest (Doc. # 29). The required notice to judgment debtors to show cause why the judgment should not be revived has been given in accordance with the Court's September 9, 2014 notice (Doc. # 30). The Court advised in that notice that the judgment debtors should respond within ten days of the filing of the notice if they sought to show cause as to why the judgment should not be revived. The Court has received no responses from the judgment debtors in that time.

Absent any objection as to why this judgment should not be revived and being sufficiently advised as to the basis for revival, it is ORDERED that Plaintiff's motion for revival of the judgment (Doc. # 29) is GRANTED.

DATED: September 26, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge